IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

ECOVENTURE WIGGINS PASS, LTD. CASE NO: 9:08-bk-9197-ALP

AQUA AT PELICAN ISLE YACHT
CLUB MARINA, INC.,            CASE NO: 9:08-bk-9198-ALP

PELICAN ISLE YACHT CLUB
PARTNERS, LTD.,               CASE NO: 9:08-bk-9199-ALP
                              (Jointly Administered)

            Debtors.         CHAPTER 11

_____/

## PLAN AGENT'S MOTION TO APPROVE PROFESSIONAL FEES, APPROVE DISTRIBUTION, DISCHARGE PLAN AGENT, AND CLOSE CASE

Michael C. Markham, as Plan Agent ("Plan Agent" or "Applicant") under the Debtors' Revised Joint Plan of Reorganization, as amended, hereby moves to approve professional fees for the Plan Agent, approve the distribution to creditors, discharge the Plan Agent, and close these cases, and states:

1. On September 17, 2009, this Court entered an Order Confirming the Debtors' Revised Joint Plan of Reorganization, as amended (Doc. 652 – the "Plan").

2. Pursuant to the Plan, Michael C. Markham has been appointed Plan Agent. The Plan Agent has objected to claims and investigated causes of action. The Plan Agent

has completed his work and is prepared to make final distribution from the Unsecured Fund to creditors with allowed claims that are entitled to a distribution.

3. The Plan Agent seeks professional fees and expenses for himself as Plan Agent and his law firm as counsel to the Plan Agent as set forth below:

4. The Plan Agent seeks allowance of $33,530.50 in fees as well as seeking reimbursement of out-of-pocket expenses of $1.75 during the period beginning September 28, 2009 through November 18, 2010 ("Fee Period"), plus an estimate to complete his work and make distributions in the additional amount of $5,000.00.

5. The Plan Agent seeks compensation for all of the time spent during the period covered by this application for the matters detailed and listed on **Exhibit "A"** attached hereto. Time increments are reported in tenths of an hour, with one-tenth equaling six minutes. All of the services for which Applicant seeks compensation were performed for and on behalf of the Plan Agent.

## I.  SUMMARY OF FEE REQUEST

6. The Plan Agent devoted 157.40 hours to this case and has expended $1.75 in reimbursable expenses in connection with the case during the Fee Period.

7. Thus, the Plan Agent seeks allowance of compensation for services Plan Agent and as counsel for the Plan Agent in the amount of $33,530.50 and reimbursement of appropriate expenses in the amount of $1.75 for this Fee Period, plus an additional $5,000, for a total award of $38,532.25.

## II. GENERAL FACTUAL AND PROCEDURAL BACKGROUND

8. On September 17, 2009, this Court entered an order confirming the Debtors' Revised Joint Plan of Reorganization, as amended (Doc. 652 – the "Plan").

9. Pursuant to the Plan, Michael C. Markham has been appointed Plan Agent and the Plan Agent and his Counsel shall be entitled to compensation and reimbursement of expenses from the Unsecured Fund (as defined in the Plan).

## III. FACTORS TO BE CONSIDERED IN AWARDING FEES

10. Pursuant to this Court's Guidelines for Fee Applications, this application for compensation and reimbursement of expenses by Applicant in connection with this proceeding addresses the factors set forth in Matter of First Colonial Corp. Of America, 544 F.2d 1291 (5th Cir. 1977), cert. denied, 431 U.S. 904 (1977); Matter of Bilgutay, 108 B.R. 333 (Bankr. M.D. Fla. 1989). The attached **Exhibit "A"** itemizes in detail each of the services performed by Applicant. Set forth below in

outline form and summary in nature is a description of the nature and extent of the services provided by Applicant consistent with such Guidelines:

### A. TIME AND LABOR:

11. The specific time and labor involved are detailed and set forth on the attached **Exhibit "A"**.

### 1. ATTORNEY PERSONNEL AND TIME SUMMARY:

12. The attorney who expended a substantial amount of time on this case during the period covered by this application was MICHAEL C. MARKHAM, who is a shareholder with Applicant, and ANGELINA E. LIM. Additionally, BARBARA BETHUNE, also employed with Applicant, expended a certain amount of her time on this case.

13. During the period covered by this application, 157.40 hours of attorney and legal assistant time were devoted by Applicant to the case. Applicant seeks total fees in the amount of $33,530.50 in this application and expenses in the amount of $1.75. The following summary of attorney and paralegal time, hours and fees summarizes those materials contained in Exhibit "A."

| NAME | POSITION | HOURLY RATES | HOURS WORKED | AMOUNT |
|---|---|---|---|---|
| M. Markham | Partner | 350.00 | 53.70 | $18,795.00 |
| A. Lim | Associate | 295.00 | 4.60 | $1,357.00 |
| B. Bethune | Paralegal | 135.0 | 99.10 | $13,378.50 |
| | | | **157.40** | **$33,530.50** |

4

The blended hourly rate of the Applicant for all professionals for which compensation is requested is $213.03.

### 2. **ATTORNEY TIME, HOURS AND FEE SUMMARY:**

14. The hourly rate for Applicant's attorneys and other professionals reflect the added knowledge and expertise of the individual lawyer, inflation and the customary rate charged by attorneys of similar experience and expertise in the Middle District of Florida.

### B. **EXPERIENCE, REPUTATION AND ABILITY OF COUNSEL AND RESULTS OBTAINED:**

#### 1. **SKILL REQUIRED:**

15. Applicant maintains a high degree of skill and expertise necessary for effective representation in Chapter 11 cases. The experience of JP's attorneys in the area of significant bankruptcy case work, particularly that of MICHAEL C. MARKHAM, gave JP the broad expertise and background necessary to effectively and economically handle this case before the Court. JP's firm specializes in complex commercial litigation, patent and trademark matters, transactional matters and bankruptcy, providing a full range of services by experienced attorneys.

#### 2. **ATTORNEYS AND PARALEGALS WHO HAVE WORKED ON THE CASE:**

##### A. **MICHAEL C. MARKHAM**

16. During the period covered by this application, Mr. Markham assumed the role of the Plan Agent in this case.

### B.   ANGELINA E. LIM

17. Angelina Lim, an experienced bankruptcy lawyer, is primarily responsible for the balance of the case.

### C.   BARBARA BETHUNE

18. This legal assistant had delegated to her many of the responsibilities where an attorney's time was not necessary.

### SUMMARY OF WORK PERFORMED DURING THE PERIOD COVERED BY THIS APPLICATION:

19. A brief summary of the significant areas to which Applicant devoted its time during the period covered by this application is as follows:

a.   The Plan Agent filed objections to various scheduled claims and proof of claims filed in these jointly administered cases, negotiated settlements of various claims and obtained orders allowing or disallowing claims, as appropriate.

b.   The Plan Agent attended various hearings in the cases.

c.   The Plan Agent investigated various matters in the cases, including discussions with counsel for the Debtors, counsel for the Bank, counsel for various

creditors and counsel for the United States Trustee. The Plan Agent ultimately determined that the filing of any adversary proceedings was either unwarranted or not cost-effective.

d. The Plan Agent filed necessary reports with the Court.

## DISTRIBUTION TO CREDITORS

20. Attached hereto as **Exhibit "B"** is a schedule of payments to be made to creditors from the Unsecured Fund. Such schedule is consistent with orders of this Court and the Plan. Consistent with the Plan, the Plan Agent will not make any distributions in an amount less than $25. Accordingly, some unsecured creditors with smaller allowed claims will receive no distribution from the Unsecured Fund.

## CLOSING CASES

21. The Plan Agent has completed his work and is prepared to make final distribution from the Unsecured Fund. The Plan Agent has paid all outstanding fees to the Office of the United States Trustee or will pay any such fees.

**WHEREFORE**, the Plan Agent requests an order approving professional fees, approving distributions, discharging the Plan Agent and closing these cases.

The undersigned, Michael C. Markham, swears under penalty of perjury that the matters set forth in this application are true and correct to the best of his knowledge.

/s/ Michael C. Markham
Michael C. Markham; FBN: 0768560
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818; (727) 443-6548 fax
Attorneys for the Plan Agent

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all registered CM/ECF Users in this case on the 17th day of January, 2011.

/s/ Michael C. Markham
Michael C. Markham

118475/#544940 v1

FEES:

| DATE | ATTY | | HRS | | |
|------|------|--|-----|--|--|
| 09/28/09 | Markham | TELEPHONE CONFERENCE WITH MR. MCHALE REGARDING STATUS; PREPARE APPLICATION TO APPROVE APPOINTMENT. | 0.70 | 038 | 245.00 |
| 09/29/09 | Markham | TELEPHONE CONFERENCE WITH MR. LESLIE REGARDING OVERALL STATUS. | 0.50 | 038 | 175.00 |
| 09/29/09 | Markham | REVIEW OF PLAN AND AMENDMENTS; REVIEW OF DOCKET; PREPARE APPLICATION AND SUPPORTING DECLARATION; E-MAILS REGARDING STATUS. | 0.80 | 038 | 280.00 |
| 09/30/09 | Markham | PREPARATION FOR AND ATTENDANCE AT HEARING IN FT. MYERS ON VARIOUS MATTERS; CONFERENCE WITH MR. MCHALE. | 4.00 | 038 | 1400.00 |
| 11/04/09 | Markham | ATTEND HEARING IN FORT MYERS ON VARIOUS ISSUES. | 1.00 | 038 | 350.00 |
| 11/10/09 | Markham | E-MAIL REGARDING UNSECURED FUND; REVIEW OF INCOMING CORRESPONDENCE REGARDING DEBTOR'S MOTIONS. | 0.30 | 038 | 105.00 |
| 11/17/09 | Markham | TELEPHONE CONFERENCE WITH MR. SAXTON REGARDING STATUS; REVIEW OF DOCKET; PREPARE ORDER APPOINTING PLAN AGENT; E-MAILS REGARDING SAME. | 0.80 | 038 | 280.00 |
| 11/18/09 | Markham | TELEPHONE CONFERENCE WITH MR. SAXTON REGARDING STATUS/EFFECTIVE DATE; E-MAILS WITH DEBTOR'S COUNSEL; REVIEW OF CLIENT'S REGISTERS; E-MAILS REGARDING EFFECTIVE DATE. | 1.00 | 038 | 350.00 |
| 12/01/09 | Markham | REVIEW OF DOCKET; REVIEW OF INCOMING CORRESPONDENCE REGARDING DECEMBER 3 HEARING. | 0.20 | 038 | 70.00 |
| 12/03/09 | Markham | PREPARATION FOR AND ATTENDANCE AT HEARING ON VARIOUS MATTERS; CONFERENCE WITH MR. MULLER REGARDING DEPOSIT CLAIMANTS; CONFERENCE WITH MR. SAXTON REGARDING BANK. | 2.50 | 038 | 875.00 |
| 12/22/09 | Markham | TELEPHONE CONFERENCE WITH MR. SCHLOSSBURG REGARDING STATUS/CLARK. | 0.20 | 038 | 70.00 |
| 01/21/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING CLARK AVIATION FILINGS AND OBJECTIONS TO CLAIMS. | 0.20 | 038 | 70.00 |
| 01/22/10 | Markham | PREPARE MOTION FOR EXTENSION OF OBJECTIONS TO CLAIMS. | 0.30 | 038 | 105.00 |



EXHIBIT

A

| 02/03/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING U.S. TRUSTEE MOTION TO DISMISS. | 0.20 | 038 | 70.00 |
|---|---|---|---|---|---|
| 02/17/10 | Markham | REVIEW OF PLAN, CONFIRMATION ORDER AND DOCKET; PREPARATIONS FOR FEBRUARY 18 HEARING; CONFERENCE WITH MS. LIM. | 1.00 | 038 | 350.00 |
| 02/23/10 | Markham | CONFERENCE WITH MR. SCHLOSBERG REGARDING STATUS. | 0.30 | 038 | 105.00 |
| 03/01/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING CERTIFICATE OF CONSUMMATION. | 0.20 | 038 | 70.00 |
| 03/17/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING CLAIMS OBJECTION DEADLINES. | 0.20 | 038 | 70.00 |
| 03/24/10 | Markham | CONFERENCE WITH MS. BETHUNE REGARDING OBJECTIONS TO CLAIMS; PREPARE OBJECTIONS. | 0.80 | 038 | 280.00 |
| 03/29/10 | Markham | REVIEW OF CLAIMS FILES; TELEPHONE CONFERENCE WITH MR. SCHLOSSBERG; PREPARE OBJECTION TO CLAIMS | 4.00 | 038 | 1400.00 |
| 03/30/10 | Markham | PREPARE OBJECTIONS TO CLAIMS | 3.80 | 038 | 1330.00 |
| 03/31/10 | Markham | REVIEW AND REVISE DRAFT OBJECTIONS TO CLAIMS | 0.80 | 038 | 280.00 |
| 04/01/10 | Markham | EMAIL WITH MR. JENNIS REGARDING SHIRLEY | 0.20 | 038 | 70.00 |
| 04/06/10 | Markham | TELEPHONE CONFERENCE WITH MS. LIM REGARDING FLORIDA FLOATS | 0.20 | 038 | 70.00 |
| 04/08/10 | Markham | TELEPHONE CONFERENCE WITH MS. CORDENE REGARDING CLAIM; TELEPHONE CONFERENCE WITH MR. ENGEL REGARDING CLAIM | 0.40 | 038 | 140.00 |
| 04/09/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING MAY 6 HEARING; REVIEW OF INCOMING CORRESPONDENCE FROM MR. LAGRECA REGARDING CLAIM; REVIEW OF INCOMING CORRESPONDENCE FROM CLAIMANTS REGARDING OBJECTIONS | 0.30 | 038 | 105.00 |
| 04/13/10 | Markham | TELEPHONE CONFERENCE WITH CLAIMANTS REGARDING OBJECTIONS | 0.30 | 038 | 105.00 |
| 04/14/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING MAY 6 HEARING ON CLAIMS | 0.20 | 038 | 70.00 |
| 04/14/10 | Markham | TELEPHONE CONFERENCE WITH MR. JOHNSON REGARDING BEARS OBJECTION; REVIEW OF INCOMING CORRESPONDENCE REGARDING RESPONSES TO OBJECTIONS | 0.40 | 038 | 140.00 |
| 04/15/10 | Markham | TELEPHONE CONFERENCE WITH MR. DONICA REGARDING SEIGFRIED CLAIM | 0.30 | 038 | 105.00 |

| Date | Name | Description | Hours | Code | Amount |
|------|------|-------------|-------|------|--------|
| 04/28/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING RESPONSES TO OBJECTIONS TO CLAIMS; REVIEW OF INCOMING CORRESPONDENCE REGARDING CANON CLAIM; EMAILS WITH CANON'S COUNSEL | 0.30 | 038 | 105.00 |
| 05/03/10 | Markham | TELEPHONE CONFERENCE WITH MR. JENNIS REGARDING OBJECTION TO CLAIMS | 0.50 | 038 | 175.00 |
| 05/03/10 | Markham | PREPARATION FOR HEARING ON CLAIMS | 1.20 | 038 | 420.00 |
| 05/04/10 | Markham | TELEPHONE CONFERENCE WITH MR. GOMEZ REGARDING OBJECTIONS; TELEPHONE CONFERENCE WITH MR. MILLS REGARDING OBJECTIONS; TELEPHONE CONFERENCE WITH MR. DONICA REGARDING OBJECTIONS | 0.70 | 038 | 245.00 |
| 05/05/10 | Markham | TELEPHONE CONFERENCE WITH MR. SAXTON REGARDING OBJECTIONS | 0.40 | 038 | 140.00 |
| 05/05/10 | Markham | PREPARATIONS FOR HEARING ON OBJECTIONS TO CLAIMS (47) | 1.50 | 038 | 525.00 |
| 05/06/10 | Markham | PREPARATION FOR AND ATTENDANCE AT HEARING ON OBJECTIONS TO CLAIMS | 2.40 | 038 | 840.00 |
| 05/10/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING CONTINUED HEARINGS. | 0.20 | 038 | 70.00 |
| 05/24/10 | Markham | TELEPHONE CONFERENCE WITH MR. MILLS REGARDING CARLYLE CLAIMS | 0.20 | 038 | 70.00 |
| 05/26/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING JUNE 3 HEARING; EMAILS REGARDING HEARING | 0.30 | 038 | 105.00 |
| 05/27/10 | Markham | EMAILS REGARDING DEPOSIT CLAIMS; TELEPHONE CONFERENCE WITH MR. JENNIS REGARDING SHIRLEY | 0.50 | 038 | 175.00 |
| 05/27/10 | Markham | PREPARE ORDERS FROM CLAIMS HEARING | 0.60 | 038 | 210.00 |
| 06/01/10 | Markham | TELEPHONE CONFERENCE WITH MR. JENNIS REGARDING SHIRLEY CLAIMS; PREPARE ORDER ON SHIRLEY CLAIM; PREPARE WAIVER OF DISTRIBUTION; EMAILS REGARDING SAME | 1.00 | 038 | 350.00 |
| 06/02/10 | Markham | EMAILS REGARDING JUNE 3 HEARING/DEPOSIT CLAIMANTS | 0.50 | 038 | 175.00 |
| 06/03/10 | Markham | PREPARATION FOR AND ATTENDANCE AT HEARING ON OBJECTIONS TO CLAIMS | 2.20 | 038 | 770.00 |
| 06/13/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING ORDERS ON CLAIMS | 0.20 | 038 | 70.00 |
| 06/15/10 | Markham | PREPARE ORDER ON OBJECTIONS | 1.60 | 038 | 560.00 |
| 07/19/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING ORDERS ON CLAIMS | 0.20 | 038 | 70.00 |

| Date | Attorney | Description | Hours | Code | Amount |
|---|---|---|---|---|---|
| 08/02/10 | Markham | TELEPHONE CONFERENCE WITH MR. WILKES REGARDING REPORTS | 0.20 | 038 | 70.00 |
| 08/03/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING ORDERS ON CLAIMS; EMAILS REGARDING CLAIMS | 0.30 | 038 | 105.00 |
| 08/15/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING AUGUST 19TH HEARING. | 0.20 | 038 | 70.00 |
| 08/19/10 | Markham | PREPARATION FOR AND ATTENDANCE AT HEARING IN FT. MEYERS; CONFERENCE WITH BANK'S COUNSEL. | 2.50 | 038 | 875.00 |
| 08/25/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING SHI-LEY CLAIMS/WAIVORS | 0.20 | 038 | 70.00 |
| 08/26/10 | Markham | CONFERENCE WITH MR. ISLEY REGARDING DEBTOR IN POSSESSION REPORTS AND U.S. TRUSTEE FEES | 0.50 | 038 | 175.00 |
| 08/29/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING ORDERS ON CLAIMS; PREPARE ORDERS ON CLAIMS | 0.50 | 038 | 175.00 |
| 09/15/10 | Markham | TELEPHONE CONFERENCE WITH MR. WEINMAN REGARDING SEPTEMBER 16TH HEARING; TELEPHONE CONFERENCE WITH MS. LESLIE; EMAILS WITH MR. WILKES | 0.60 | 038 | 210.00 |
| 09/20/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING ORDERS ON CLAIMS | 0.20 | 038 | 70.00 |
| 09/30/10 | Markham | PREPARE ORDERS ON OBJECTIONS TO CLAIMS; INSTRUCTIONS TO ASSISTANT; EMAILS REGARDING CARLYLE CLAIM | 1.80 | 038 | 630.00 |
| 09/30/10 | Markham | PREPARE POST-CONFIRMATION REPORTS | 0.70 | 038 | 245.00 |
| 10/01/10 | Markham | TELEPHONE CONFERENCE WITH MR. WILKES REGARDING U.S. TRUSTEE NOTICE; EMAILS REGARDING DEBTOR IN POSSESSION REPORTS | 0.60 | 038 | 210.00 |
| 10/26/10 | Markham | RESEARCH REGARDING U.S. TRUSTEE'S MOTION; EMAILS REGARDING SAME | 0.50 | 038 | 175.00 |
| 10/27/10 | Markham | EMAILS REGARDING U.S. TRUSTEE'S MOTION/HEARING; TELEPHONE CONFERENCE WITH MR. WEINMAN; PREPARATIONS FOR HEARING | 1.20 | 038 | 420.00 |
| 10/28/10 | Markham | PREPARATION FOR AND ATTENDANCE AT HEARING ON U.S. TRUSTEE MOTION; CONFERENCE WITH MR. WILKES REGARDING U.S. TRUSTEE MOTION | 2.50 | 038 | 875.00 |
| 11/02/10 | Markham | E MAILS REGARDING STATUS | 0.20 | 038 | 70.00 |

| Date | Attorney | Description | Hours | Code | Amount |
|---|---|---|---|---|---|
| 11/04/10 | Markham | REVIEW OF INCOMING CORRESPONDENCE REGARDING ORDERS ON CLAIMS; REVIEW OF DOCKET REGARDING ORDERS | <u>0.40</u> 53.70 | 038 | <u>140.00</u> 18795.00 |
| 12/17/09 | Bethune | ACCESS PACER; RETRIEVE AND REVIEW CLAIMS REGISTER FOR CASE NO 08-9197; BEGIN PULLING PROOF OF CLAIMS AND SUPPORTING DOCUMENTATION FOR 52 CLAIMS | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | TELEPHONE CONFERENCE WITH MIKE MARKHAM REGARDING CLAIMS REGISTER; CONFERENCE CALL WITH ANGELINA LIM AND MIKE MARKHAM REGARDING AFFILIATED CASES AND CLAIMS | 0.30 | 094 | 40.50 |
| 12/17/09 | Bethune | CONTINUED PULLING AND REVIEWING PROOF OF CLAIMS FROM CASE NO. 08-9197 | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | CONTINUED PULLING AND REVIEWING PROOF OF CLAIMS FROM CASE NO. 08-9197 | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | CONTINUED PULLING AND REVIEWING PROOF OF CLAIMS FROM CASE NO. 08-9197 | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | CONTINUED PULLING AND REVIEWING PROOF OF CLAIMS FROM CASE NO. 08-9197 | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | CONTINUED PULLING AND REVIEWING PROOF OF CLAIMS FROM CASE NO. 08-9197 | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | CONTINUED PULLING AND REVIEWING PROOF OF CLAIMS FROM CASE NO. 08-9197 | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | ACCESS PACER, RETRIEVE AND REVIEWING CLAIMS REGISTER FOR CASE NO. 08-9199 AND PULL TEN PROOF OF CLAIMS AND SUPPORTING DOCUMENTATION | 0.60 | 094 | 81.00 |
| 12/17/09 | Bethune | CONTINUED PULLING AND REVIEWING PROOF OF CLAIMS AND SUPPORTING DOCUMENTATION IN CASE NO. 08-9199 | 0.50 | 094 | 67.50 |
| 12/17/09 | Bethune | ACCESS PACER, RETRIEVE AND REVIEW CLAIMS REGISTER FOR CASE NO. 08-9198; RETRIEVE AND REVIEW FIVE PROOF OF CLAIMS WITH VOLUMINOUS SUPPORTING DOCUMENTATION | 0.60 | 094 | 81.00 |
| 01/14/10 | Bethune | PREPARATION OF CHART OF CLAIMS IN CASE NO. 08-9197 | 4.00 | 094 | 540.00 |
| 01/14/10 | Bethune | PREPARATION OF CHART OF CLAIMS IN CASE NO. 08-9198 | 0.40 | 094 | 54.00 |
| 01/14/10 | Bethune | PREPARATION OF CHART OF CLAIMS IN CASE NO. 08-9199 | 0.50 | 094 | 67.50 |

| | | | | | |
|---|---|---|---|---|---|
| 02/18/10 | Bethune | EMAIL FROM MS. LIM REGARDING DEADLINES | 0.10 | 094 | 13.50 |
| 02/23/10 | Bethune | CONFERENCE WITH ANGELINA LIM REGARDING POC'S' CONFERENCE WITH MIKE MARKHAM REGARDING RECORDS AND BOOKS | 0.30 | 094 | 40.50 |
| 02/24/10 | Bethune | TELEPHONE CONFERENCE WITH SUE AT THE RECEIVER'S OFFICE REGARDING BOOKS AND RECORDS; EMAIL TO MIKE MARKHAM | 0.30 | 094 | 40.50 |
| 03/26/10 | Bethune | MEET WITH MIKE MARKHAM REGARDING STATUS OF CASE AND DEADLINE FOR FILING PROOF OF CLAIMS; ACCESS PACER; RETRIEVE AND REVIEW COURT DOCKET; REVIEW PLAN AND DISCLOSURE STATEMENT; REVIEW CONFIRMATION ORDER; SEVERAL TELEPHONE CONFERENCES WITH CASE MANAGER REGARDING SAME; REVIEW PLEADINGS FILES | 1.80 | 094 | 243.00 |
| 03/29/10 | Bethune | SEVERAL CONFERENCES WITH MIKE MARKHAM REGARDING DEADLINES; TELEPHONE CONFERENCE WITH CASE MANAGER, DEANNA, REGARDING SAME; ACCESS PACER AND PULL ALL OBJECTIONS AND ORDERS | 0.50 | 094 | 67.50 |
| 03/29/10 | Bethune | EMAILS TO PATTY COTE REGARDING ORDER ON 2/18/10 HEARING; EMAILS TO AND FROM PATTY COTE EMAILS FROM ANGELINA LIM; EMAIL TO MIKE MARKHAM | 0.30 | 094 | 40.50 |
| 03/29/10 | Bethune | EDIT OBJECTION TO CLAIM #2 IN AQUA CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/29/10 | Bethune | EDIT OBJECTION TO CLAIM #3 & 4 IN AQUA CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/29/10 | Bethune | EDIT OBJECTION TO CLAIM #5 IN AQUA CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 1 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 2 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |

| | | | | | |
|---|---|---|---|---|---|
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM #3 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM #4 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM #5 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM #8 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM #9 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 10 & 13 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 11 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 12 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 14 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 15 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 16 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 17 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 18 IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 19  IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/30/10 | Bethune | EDIT OBJECTION TO CLAIM # 20  IN PELICAN CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 1 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 6 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 12  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 16  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 17  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 52  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 31 & 47  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 32  & 33  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 34  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 35  IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 36, 37 & 48 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |

| Date | Name | Description | Hours | Code | Amount |
|---|---|---|---|---|---|
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 38, 39 & 50 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 43 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 46 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 44 & 45 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO CLAIM # 21 IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO SCHEDULED CLAIM OF BENTLEY IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 03/31/10 | Bethune | EDIT OBJECTION TO SCHEDULED CLAIM OF BORAN CRAIG BARBER ENGEL IN ECOVENTURE CASE; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 04/01/10 | Bethune | EMAIL FROM CASE MANAGER REGARDING OBJECTION TO SOUTHEAST FINANCIAL CLAIM; TELEPHONE CONFERENCE WITH CASE MANAGER REGARDING SAME; EMAIL FROM AND TO GARY BAKER REGARDING SAME; CORRECTIVE OBJECTION TO CLAIM # 27 OF SOUTHEAST FINANCIAL; PREPARATION OF SAME FOR EFILING; PREPARATION OF COURT DOCKET ENTRY | 0.50 | 094 | 67.50 |
| 04/06/10 | Bethune | REVIEW INCOMING NOTICE OF HEARING ON PLAN AGENT'S OBJECTION TO CLAIMS | 0.10 | 094 | 13.50 |
| 04/13/10 | Bethune | ACCESS PACER; RETRIEVE COURT DOCKET REGARDING OBJECTIONS TO CLAIMS AND HEARING; CONFERENCE WITH MIKE MARKHAM REGARDING SAME; EMAIL TO MINERVA GRANGER | 0.50 | 094 | 67.50 |

| 04/14/10 | Bethune | TELEPHONE CONFERENCE WITH ALEXANDRA FISH REGARDING ANY RESPONSE DATE FOR OBJECTIONS; TELEPHONE CALL TO RAY PASHACION REGARDING INTERIOR DESIGN NETWORK | 0.30 | 094 | 40.50 |
|---|---|---|---|---|---|
| 04/15/10 | Bethune | TELEPHONE CONFERENCE WITH RAY PEZESHKAN REGARDING CLAIM OF INTERIORS & DESIGN NETWORK; EMAIL TO MIKE MARKHAM | 0.20 | 094 | 27.00 |
| 04/26/10 | Bethune | REVIEW INCOMING RESPONSE TO PLAN AGENT'S AMENDED OBJECTION TO CLAIM NO. 11 | 0.10 | 094 | 13.50 |
| 05/03/10 | Bethune | CONFERNECE WITH MIKE MARKHAM REGARDING ACCESS RESPONSES TO PLAN AGENT'S OBJECTIONS; ACCESS PACER AND RETRIEVE ALL RESPONSES | 0.50 | 094 | 67.50 |
| 05/03/10 | Bethune | PREPARATION FOR HEARING ON OBJECTIONS AND RESPONSES | 5.40 | 094 | 729.00 |
| 05/04/10 | Bethune | ACCESS PACER; RETRIEVE AND REVIEW COURT DOCKET AND CLAIMS REGISTER ON ECOVENTURE | 0.40 | 094 | 54.00 |
| 05/04/10 | Bethune | ACCESS PACER; RETRIEVE AND REVIEW COURT DOCKET AND CLAIMS REGISTER ON AQUA | 0.20 | 094 | 27.00 |
| 05/04/10 | Bethune | ACCESS PACER; RETRIEVE AND REVIEW COURT DOCKET AND CLAIMS REGISTER ON PELICAN | 0.30 | 094 | 40.50 |
| 05/04/10 | Bethune | CONTINUED PREPARATION FOR HEARING ON OBJECTIONS AND RESPONSES | 4.40 | 094 | 594.00 |
| 05/06/10 | Bethune | CONFERENCE WITH MIKE MARKHAM REGARDING BANK STATEMENTS; CONFERENCE WITH MINERVA GRANGER REGARDING SAME | 0.30 | 094 | 40.50 |
| 05/10/10 | Bethune | REVIEW OF INCOMING RESPONSE TO PLAN AGENT'S OBJECTION TO CLAIM # 3 BY O'SULLIVAN; UPDATE FILE FOR HEARING | 0.30 | 094 | 40.50 |
| 05/12/10 | Bethune | BEGIN REVIEW OF DOCUMENTS | 1.30 | 094 | 175.50 |
| 05/18/10 | Bethune | CONTINUED REVIEW OF DOCUMENTS; PREPARATION OF EMAIL TO MIKE MARKHAM | 2.00 | 094 | 270.00 |
| 05/27/10 | Bethune | CONFERENCE WITH MINERVA GRANGER REGARDING ORDER CONTINUING HEARING ON PLAN AGENT'S OBJECTION TO CLAIM OF DON NIEDERPRUEM; PREPARATION OF SAME FOR SUBMITTAL TO THE COURT; SUBMITT VIA COURT WEB SITE | 0.50 | 094 | 67.50 |

| | | | | | |
|---|---|---|---|---|---|
| 05/27/10 | Bethune | CONFERENCE WITH MINERVA GRANGER REGARDING ORDER CONTINUING HEARING ON PLAN AGENT'S OBJECTION TO CLAIM OF SOUTHEAST FINANCIAL SERVICES; PREPARATION OF SAME FOR SUBMITTAL TO THE COURT; SUBMITT VIA COURT WEB SITE | 0.50 | 094 | 67.50 |
| 06/02/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S CLAIM OF CANON FINANCIAL SERVICES FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE; PREPARATION OF EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 06/16/10 | Bethune | EDIT PROPOSED ORDERS ON OBJECTION TO CLAIM NO. 11 OF ANDERSON AND CLAIM NO. 10 OF GERMAIN | 0.40 | 094 | 54.00 |
| 06/16/10 | Bethune | PREPARATION OF  PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF AGENT DIRECT NEWS IN AQUA FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF  PROPOSED ORDER ON OBJECTION TO CLAIM OF CURTCO ROBB-MEDIA IN THE AQUA CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF  PROPOSED ORDER ON OBJECTION TO CLAIM OF REDFIELD IN THE AQUA CASE  FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF  PROPOSED ORDER ON OBJECTION TO CLAIM OF FEDEX IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF  PROPOSED ORDER ON OBJECTION TO CLAIM OF LEXINGTON IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF  PROPOSED ORDER ON OBJECTION TO CLAIM OF O'SULLIVAN IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF  PROPOSED ORDER ON OBJECTION TO CLAIM OF KLUGER IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |

| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF CORDONE IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
|---|---|---|---|---|---|
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF LAGRECA IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF RICH IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF SLEAN IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF MALTESE IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF SCHNACK IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF FIGGE IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF MORTENSEN IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF GERMAIN IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF ANDERSON IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |

| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF CARNEY IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
|---|---|---|---|---|---|
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF MOSER IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF STROME IN THE PELICAN CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF LEXINGTON IN THE ECO CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF ULANSKI IN THE ECO CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 06/16/10 | Bethune | PREPARATION OF PROPOSED ORDER ON OBJECTION TO CLAIM OF KLOSS IN THE ECO CASE FOR SUBMITTAL TO THE COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 08/27/10 | Bethune | CONFERENCE WITH MIKE MARKHAM REGARDING ORDERS ON OBJECTION TO CLAIMS; REVIEW FILES ON OBJECTIONS | 0.50 | 094 | 67.50 |
| 08/27/10 | Bethune | ACCESS PACER; RETRIEVE AND REVIEW COURT DOCKET; UPDATE CHART REGARDING ORDERS ENTERED ON OBJECTION TO CLAIMS | 0.50 | 094 | 67.50 |
| 08/27/10 | Bethune | PREPARATION OF PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF GERALDINE ALES FOR SUBMISSION TO COURT; SUBMIT SAME VIA COURT WEB SITE | 0.20 | 094 | 27.00 |
| 08/27/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF WILSON STRUCTURAL | 0.40 | 094 | 54.00 |
| 08/27/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF NAPLES NEWS DAILY | 0.40 | 094 | 54.00 |
| 08/27/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF BCINDUSTRIES, INC. | 0.40 | 094 | 54.00 |

| 08/27/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF BEAR'S PLUMBING | 0.40 | 094 | 54.00 |
|---|---|---|---|---|---|
| 08/27/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF CLARK'S AVIATION | 0.40 | 094 | 54.00 |
| 08/27/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF IBA CONSULTANTS | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM #31 & 47 OF CARL REDFIELD | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF JEROME HAYES | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF HOWARD MOLEN | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF STEVEN SIEGFIELD | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF CARLYLE INVESTMENTS | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF CARL NEDERPRUEN | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF SOUTHEAST FINANCIAL | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF UNITED LANDMARK | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF INTERIOR DESIGN | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF FLORIDA FLOATS | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF BENTLEY SALES | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF BORAN CRAIG | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF BORAN CRAIG | 0.40 | 094 | 54.00 |

| Date | Timekeeper | Description | Hours | Code | Amount |
|---|---|---|---|---|---|
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF ECOVENTURE WIGGINS | 0.40 | 094 | 54.00 |
| 08/30/10 | Bethune | DRAFT PROPOSED ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF ECOGROUP | 0.40 | 094 | 54.00 |
| 09/02/10 | Bethune | REVIEW INCOMING ORDER SUSTAINING OBJECTION TO CLAIM #2 OF GERALDINE ALES IN PELICAN CASE | 0.10 | 094 | 13.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF NAPLES DAILY NEWS FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF BCINDUSTRIES FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF BEAR PLUMBING FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF CLARK AVIATION FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF IBA CONSULTANTS FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF CLARK REDFIELD TRUST FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF JEROME HAYES FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF HOWARD MOLEN FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF STEVEN SIEGFRIED FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF CARLYLE INVESTMENTS FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF DON NIEDERPRUEN FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF SOUTHEAST FINANCIAL SERVICES FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO CLAIM OF UNITED LANDMARK FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO SCHEDULED CLAIM OF INTERIOR DESIGN FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO SCHEDULED CLAIM OF FLORIDA FLOATS FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO SCHEDULED CLAIM OF BENTLEY SALES FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO SCHEDULED CLAIM OF BORAN CRAIG FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO SCHEDULED CLAIM OF ECOVENTURE WIGGINS PASS FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 09/30/10 | Bethune | PREPARATION OF ORDER ON PLAN AGENT'S OBJECTION TO SCHEDULED CLAIM OF ECOGROUP, INC., FOR SUBMITTAL TO COURT; SUBMIT SAME VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.30 | 094 | 40.50 |
| 10/01/10 | Bethune | PREPARATION OF DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR 10/1/09 THROUGH 10/31/09 FOR EFILING; PREPARATION OF COURT DOCKET ENTRY; MAILOUT | 0.20 | 094 | 27.00 |
| 10/01/10 | Bethune | PREPARATION OF DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR 10/1/09 THROUGH 10/1/10 FOR EFILING; PREPARATION OF COURT DOCKET ENTRY; MAILOUT | 0.20 | 094 | 27.00 |
| 10/01/10 | Bethune | PREPARATION OF DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR 4/1/10 THROUGH 6/30/10 FOR EFILING; PREPARATION OF COURT DOCKET ENTRY; MAILOUT | 0.20 | 094 | 27.00 |
| 10/04/10 | Bethune | PREPARATION OF DEBTORS' POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR 9/18/10 TO 9/30/10 FOR EFILING; PREPARATION OF COURT DOCKET ENTRY; MAILOUT TO TRUSTEE | 0.20 | 094 | 27.00 |
| 10/13/10 | Bethune | EMAIL FROM MIKE MARKHAM; REVIEW EMAIL FROM CASE MANAGER REGARDING ORDERS; EMAILS FROM MINERVA GRANGER REGARDING PROPOSED ORDER | 0.20 | 094 | 27.00 |
| 10/21/10 | Bethune | REVIEW INCOMING ORDER SUSTAINING OBJECTION TO CLAIM #27 OF SOUTHEAST FINANCIAL SERVICES | 0.10 | 094 | 13.50 |
| 11/09/10 | Bethune | EMAIL FROM MIKE MARKHAM REGARDING ORDERS ON OBJECTIONS TO CLAIMS; ACCESS PACER; RETRIEVE COURT DOCKETS IN CASE NO. 08-9197, 08-9198 AND 08-9199 | 0.30 | 094 | 40.50 |
| 11/09/10 | Bethune | BEGIN REVIEW OF COURT DOCKETS AND CLAIM REGISTERS IN ECOVENTURE, PELICAN AND AQUA CASES FOR OBJECTIONS TO CLAIMS AND ORDERS ON OBJECTIONS | 3.40 | 094 | 459.00 |

| 11/10/10 | Bethune | EMAIL TO MIKE MARKHAM REGARDING WILSON STRUCTURAL CLAIM; ACCESS PACER; RETRIEVE AND REVIEW UPDATED COURT DOCKET; PREPARATION OF ORDER ON OBJECTION TO CLAIM OF WILSON FOR SUBMITTAL TO COURT; SUBMIT VIA COURT WEB SITE; EMAIL TO MINERVA GRANGER | 0.40 | 094 | 54.00 |
|---|---|---|---|---|---|
| 11/10/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTIONS TO PROOF OF CLAIMS AND ORDERS ON OBJECTIONS; BEGIN PREPARATION OF CHART OF SAME | 5.40 | 094 | 729.00 |
| 11/11/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTIONS TO SCHEDULED CLAIMS AND PROOF OF CLAIMS AND FOR ORDERS ON OBJECTIONS | 2.30 | 094 | 310.50 |
| 11/11/10 | Bethune | BEGIN PREPARATION OF CHART OF ALLOWED CLAIMS | 1.50 | 094 | 202.50 |
| 11/12/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTION TO CLAIMS, RESPONSES TO OBJECTIONS AND ORDERS ON OBJECTIONS; BEGIN PREPARATION OF ECOVENTURE PROOF OF CLAIMS AND DISPOSITION CHART | 2.20 | 094 | 297.00 |
| 11/12/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTION TO CLAIMS, RESPONSES TO OBJECTIONS AND ORDERS ON OBJECTIONS; BEGIN PREPARATION OF PELICAN PROOF OF CLAIMS AND DISPOSITION CHART | 2.00 | 094 | 270.00 |
| 11/12/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTION TO CLAIMS, RESPONSES TO OBJECTIONS AND ORDERS ON OBJECTIONS; BEGIN PREPARATION OF AQUA AND SCHEDULED PROOF OF CLAIMS AND DISPOSITION CHART | 0.80 | 094 | 108.00 |
| 11/15/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTION TO CLAIMS, RESPONSES TO OBJECTIONS AND ORDERS ON OBJECTIONS IN PELICAN CASE; CONTINUED PREPARATION OF PELICAN PROOF OF CLAIMS AND DISPOSITION CHART | 1.50 | 094 | 202.50 |
| 11/15/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTION TO CLAIMS, RESPONSES TO OBJECTIONS AND ORDERS ON OBJECTIONS IN ECOVENTURE CASE; CONTINUED PREPARATION OF ECOVENTURE PROOF OF CLAIMS AND DISPOSITION CHART | 1.20 | 094 | 162.00 |

| Date | Timekeeper | Description | Hours | Code | Amount |
|---|---|---|---|---|---|
| 11/15/10 | Bethune | CONTINUED REVIEW OF COURT DOCKET FOR OBJECTION TO CLAIMS, RESPONSES TO OBJECTIONS AND ORDERS ON OBJECTIONS FOR SCHEDULED CLAIMS; | 1.10 | 094 | 148.50 |
| 11/15/10 | Bethune | CONTINUED PREPARATION OF CHART OF ALLOWED CLAIMS | 0.30 | 094 | 40.50 |
| 11/16/10 | Bethune | CONTINUED PREPARATION OF PROOF OF CLAIMS AND DISPOSITION CHART IN ECOVENTURE | 1.20 | 094 | 162.00 |
| 11/16/10 | Bethune | CONTINUED PREPARATION OF CHART OF ALLOWED CLAIMS | 0.40 | 094 | 54.00 |
| 11/17/10 | Bethune | CONTINUED REVIEW AND EDITING OF PROOF OF CLAIMS AND DISPOSITION CHARTS | 2.20 | 094 | 297.00 |
| 11/17/10 | Bethune | EDITING ALLOWED CLAIMS CHART | 0.30 | 094 | 40.50 |
| 11/18/10 | Bethune | REVIEW OF INCOMING ORDER ON OBJECTION TO WILSON STRUCTURAL CLAIM; MEET WITH MIKE MARKHAM REGARDING ALLOWED CLAIMS AND SPREADSHEETS | <u>0.30</u> | 094 | <u>40.50</u> |
| | | | 99.10 | | 13378.50 |
| 02/17/10 | LIM | CONFERENCE WITH MICHAEL C. MARKHAM REGARDING FEBRUARY 18 HEARING; REVIEW OF DOCKET AND PLEADINGS RELATED TO HEARING. | 0.70 | 173 | 206.50 |
| 02/18/10 | LIM | PREPARATION FOR AND ATTENDANCE AT FEBRUARY 18 HEARING; CONFERENCES AND E-MAILS WITH MICHAEL C. MARKHAM REGARDING OUTCOME; DRAFT ORDER FROM FEBRUARY 18 HEARING. | 3.00 | 173 | 885.00 |
| 02/22/10 | LIM | E-MAILS WITH R. WEINMAN REGARDING REGIONS BANK'S AMENDED COMPLAINT; CONFERENCE WITH MICHAEL C. MARKHAM REGARDING SAME; CONFERENCE WITH P. COTE REGARDING SCHEDULING. | 0.20 | 173 | 59.00 |
| 03/26/10 | LIM | E-MAILS WITH S. SPREHN REGARDING FILES; CONFERENCE WITH MICHAEL C. MARKHAM REGARDING SAME AND OBJECTION TO CLAIMS. | 0.20 | 173 | 59.00 |
| 03/29/10 | LIM | CONFER WITH MICHAEL C. MARKHAM REGARDING CLAIMS OBJECTION DEADLINE AND EMAILS REGARDING ORDER ON CLAIMS OBJECTION | 0.20 | 173 | 59.00 |
| 09/15/10 | LIM | TELEPHONE CONFERENCE WITH MICHAEL C. MARKHAM REGARDING 9/16 MOTION BY U.S. TRUSTEE AND STATUS; VOICEMAIL TO CHAMBERS AND S. WILKES REGARDING SAME | 0.20 | 173 | 59.00 |

| 10/11/10 | LIM | EMAILS FROM CASE MANAGER REGARDING MISSING ORDERS; | 0.10 | 173 | 29.50 |
|----------|-----|---------------------------------------------------|------|-----|-------|
|          |     | CONFERENCE WITH MINERVA GRANGER REGARDING ORDERS AND EMAIL TO MIKE MARKHAM REGARDING SAME | 4.60 |  | 1357.00 |

----------------        ----------------

TOTALS        HOURS        157.40  FEES   33,530.50

EXPENSES:

| ID No. | Disb Date | | Code | Check No. | |
|--------|-----------|--|------|-----------|--|
| 1293184 | 02/24/10 | LONG DISTANCE TELEPHONE CALLS | 91 | 0 | 0.04 |
| 1299008 | 04/13/10 | LONG DISTANCE TELEPHONE CALLS | 91 | 0 | 0.09 |
| 1299175 | 04/14/10 | LONG DISTANCE TELEPHONE CALLS | 91 | 0 | 0.13 |
| 1299176 | 04/14/10 | LONG DISTANCE TELEPHONE CALLS | 91 | 0 | 0.09 |
| 1301524 | 05/04/10 | PHOTOCOPIES | 95 | 0 | 0.20 |
| 1301532 | 05/04/10 | PHOTOCOPIES | 95 | 0 | 0.20 |
| 1301538 | 05/04/10 | PHOTOCOPIES | 95 | 0 | 0.60 |
| 1314462 | 08/27/10 | PHOTOCOPIES | 95 | 0 | 0.40 |

--------------

Total Expenses                $1.75

| CLAIMANT | AMT OF CLAIM | TOTAL FOR DISBURSEMENT | % FOR CLAIMANT | AMOUNT OF PAYMENT | TOTAL AMOUNT AVAILABLE TO BE DISBURSED |
|---|---|---|---|---|---|
| Agent Shield, Inc. (Ecoventures) | $3,250.00 | $5,615,620.43 | 0.06% | $35.58 | $61,469.50 |
| Clark Aviation | $4,600,000.00 | $5,615,620.43 | 81.91% | $50,352.35 | $61,469.50 |
| Crowe Chizek and Company, Inc. | $3,062.11 | $5,615,620.43 | 0.05% | $33.52 | $61,469.50 |
| Curts Gaines Hall Jones | $18,184.85 | $5,615,620.43 | 0.32% | $199.05 | $61,469.50 |
| Donald Roberts, Inc. | $15,000.00 | $5,615,620.43 | 0.27% | $164.19 | $61,469.50 |
| Felt Tip Design Group, Inc. | $8,267.13 | $5,615,620.43 | 0.15% | $90.49 | $61,469.50 |
| Fifth Avenue Magazine, LLC | $4,900.00 | $5,615,620.43 | 0.09% | $53.64 | $61,469.50 |
| Florida Power and Light Company | $2,543.91 | $5,615,620.43 | 0.05% | $27.85 | $61,469.50 |
| Foley and Lardner | $10,099.28 | $5,615,620.43 | 0.18% | $110.55 | $61,469.50 |
| Gerald and Mary Jane Davis | $250,000.00 | $5,615,620.43 | 4.45% | $2,736.54 | $61,469.50 |
| Helmut Richardt | $197,500.00 | $5,615,620.43 | 3.52% | $2,161.87 | $61,469.50 |
| Humiston & Moore Engineers | $30,198.40 | $5,615,620.43 | 0.54% | $330.56 | $61,469.50 |
| IBA Consultants, Inc. | $6,900.00 | $5,615,620.43 | 0.12% | $75.53 | $61,469.50 |
| James E. Hirst & Associates | $4,275.00 | $5,615,620.43 | 0.08% | $46.79 | $61,469.50 |
| James R. Owens, Sr. | $357,500.00 | $5,615,620.43 | 6.37% | $3,913.25 | $61,469.50 |
| Onesource Facility Services | $3,508.60 | $5,615,620.43 | 0.06% | $38.41 | $61,469.50 |
| Presstige Printing | $3,924.86 | $5,615,620.43 | 0.07% | $42.96 | $61,469.50 |
| Royal Cove Plaza, LLC | $8,426.70 | $5,615,620.43 | 0.15% | $92.24 | $61,469.50 |
| RWA, Inc. | $53,941.21 | $5,615,620.43 | 0.96% | $590.45 | $61,469.50 |
| Sunflower Maintenance, Inc. | $6,849.00 | $5,615,620.43 | 0.12% | $74.97 | $61,469.50 |
| | $5,588,331.05 ** | | 99.51% | $61,469.50 | |

**NOTE: The Plan excuses the Plan
Agent from making distribution to
holders of Allowed Unsecured Claims
in amounts of less than $25.00 each.

1

118475#544091



EXHIBIT
B